# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

**Destini Bigelow, Individually and on Behalf of All Others Similarly Situated**

**Plaintiff**

Case No.: 1:24-cv-00992-JLS

*vs.*

**Mattel, Inc and Fisher-Price, Inc.**

**Defendant**

## AFFIDAVIT OF SERVICE

I, James Rogowsky, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons (Blank and Signed), Class Action Complaint and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/30/2024 at 10:29 AM, I served Fisher-Price, Inc. at 636 Girard Avenue, East Aurora, New York 14052 with the Summons (Blank and Signed), Class Action Complaint and Civil Cover Sheet by serving Ian Bradford, Expert Counsel, authorized to accept service.

Ian Bradford is described herein as:

Gender: Male    Race/Skin: White    Age: 60    Weight: 175    Height: 5'11"    Hair: White    Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

November 6, 2024

Executed On

James Rogowsky

Client Ref Number: N/A
Job #: 2011759

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| DESTINI BIGELOW, individually and on behalf of all others simiarly situated,<br><br>*Plaintiff(s)*<br>v.<br>MATTEL, INC. and FISHER-PRICE, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 24-CV-992<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fisher-Price, Inc.
636 Girard Avenue
East Aurora, New York 14052


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  10/18/2024                                 *Mary C Loewenguth*
                                                  *Signature of Clerk or Deputy Clerk*

*Mary C Loewenguth*