

**Phillips Lytle** LLP

Via CM/ECF                                                                                              May 16, 2025

Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson Unites States Courthouse
2 Niagara Square
Buffalo, New York  14202

Re:   *In re Snuga Swing Litigation* **(Master File No. 1:24-cv-00992-JLS)**
      **Joint Notice of Settlement and Request to Stay Proceedings**

Dear Judge Sinatra:

Defendants Fisher-Price, Inc. and Mattel, Inc. ("Defendants") and Plaintiffs in the above-captioned action respectfully submit this joint letter to advise the Court that the parties have reached a contingent settlement in principle that, if finalized, will resolve in full this consolidated class action.  The parties therefore jointly seek a stay of the proceedings in this action.

The parties are working to remove the contingency and thereafter memorialize the settlement in a full settlement agreement.  Thereafter, Plaintiffs expect to prepare a motion for preliminary approval of the settlement that will include a notice plan.  As a result, the parties respectfully request that the Court enter a stay of the proceedings in this action for 120 days—including a stay of Defendants' May 30, 2025 deadline to respond to the Consolidated Amended Complaint—to allow the parties sufficient time to remove the contingency and prepare the settlement agreement, and for Plaintiffs to thereafter file the motion for preliminary approval of the settlement.

A stay will serve judicial, counsel, and party economy, and will allow the parties and Court to focus on completing the settlement.



Hon. John L. Sinatra, Jr.  May 16, 2025
Page 2

In light of the foregoing, the parties respectfully request that this consolidated action be stayed for 120 days to allow the parties to complete the settlement.

Very truly yours,

Phillips Lytle LLP


By  /s/ Lisa L. Smith

Lisa L. Smith


cc: All counsel of record via CM/ECF